FILED

DEC 29 2014

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| RENEE LEE MCLEAN,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF INTERIOR BUREAU OF INDIAN AFFAIRS, NORTHERN CHEYENNE TRIBE, LORI LIMBERHAND, and BRIAN CHESTNUT,<br><br>Defendants. | CV 13-152-BLG-SEH<br><br>**ORDER** |

United States Magistrate Carolyn S. Ostby entered her Findings and Recommendations[1] on November 25, 2014. Plaintiff filed objections on December 12, 2014. The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no clear error in Judge Ostby's Findings and Recommendation and adopt them in full.

---

[1] Doc. 7.

ORDERED:

1. Plaintiff's Amended Complaint[2] is DISMISSED.

2. An appeal of this decision would not be taken in good faith as Plaintiff's Amended Complaint and the supporting record lacks arguable substance in law or fact. Fed. R. App. P. 24(a)(3)(A).

3. The Clerk shall enter judgment accordingly.

DATED this 29th day of December, 2014.

/s/ Sam E. Haddon

SAM E. HADDON
United States District Judge

---

[2] Doc. 6.